ACCEPTED
14-17-00184-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/21/2017 10:07 AM
CHRISTOPHER PRINE
CLERK

## No. 14-17-00184-CR

In the
Court of Appeals
for the
Fourteenth District of Texas
at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/21/2017 10:07:33 AM
CHRISTOPHER A. PRINE
Clerk

————————◆————————

## No. 14-CCR-176008

In the County Court at Law No. 4
Fort Bend County, Texas

————————◆————————

## THE STATE OF TEXAS
*Appellant*
V.
## TAYLOR BARRETT ATKINSON
*Appellee*

————————◆————————

APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE MOTION FOR REHERING AND
EN BANC RECONSIDERATION

————————◆————————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves

for an extension of time within which to file its motion for rehearing and for en banc

reconsideration.   In support of its motion, appellee submits the following:

1.   Appellee was charged with driving while intoxicated under cause number 13-CCR-166390.  The State dismissed this charge and refiled the case under cause number 14-CCR-176008.  Appellee filed a motion to dismiss based upon double jeopardy.  The trial court granted the motion on February 15, 2017.

2. This court issued a published opinion reversing the trial court's ruling on December 7, 2017.

3. A motion for rehearing is due on December 22, 2017.

4. Appellee seeks an extension to file his motion for rehearing and en banc reconsideration until January 22, 2017.

5. The following facts are relied upon to show good cause for the requested extension:

   a. Counsel will be out of town for the holiday.
   b. Counsel has a motion for rehearing due in *Rivers v. State*, AP-77,051.

6. Appellee's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, appellee prays that this Court will grant the requested extension.

Respectfully submitted,

**/s/MANDY MILLER**
Attorney for appellee
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via electronic service to the following address:

Fort Bend County District Attorney's Office
ATTN: Gail Kikawa McConnell
Gail.McConnell@fortbendcountytx.gov

/s/MANDY MILLER
Attorney for appellee
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com